**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:                              )      CASE NO: 10-52778-659
                                    )
EDWARD LERONE WALLACE               )
                                    )      Chapter 13
PATSY MELBA ANN WALLACE             )
                                    )
                    Debtor(s)       )

**TRUSTEES OBJECTION TO DEBTORS AMENDED MOTION TO**
**REINSTATE CASE AND SET ASIDE DISMISSAL**

        COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee,  and
for his objection to the Motion to Reinstate Case and  Set  Aside  the
Dismissal Order dated April 1, 2011      states as follows:

        The Trustee objects to the Motion for the following reason:
                This case was dismissed upon Trustee's objections
                having been sustained. This case was previously
                dismissed for failure to make plan payments and
                reinstated 2/8/11 and motion fails to so state.

                                    /s/ John V. LaBarge, Jr.
Date: May 5, 2011                   _____
                                    John V. LaBarge, Jr.
                                    Chapter 13 Trustee
TV -455                             P.O. Box 430908
                                    St. Louis, MO 63143
                                    (314) 781-8100 Fax: (314) 781-8881
                                    trust33@ch13stl.com

                        **CERTIFICATE OF SERVICE**
        The  undersigned  hereby  certifies that the above was served this
day of May 5, 2011        , either through the Court's ECF system or by
depositing same in the U.S. mail, postage pre-paid, addressed to:

KD LAW GROUP LLC
PO BOX 300454
C/O TARA KPERE-DAIBO
ST LOUIS MO  63130

EDWARD LERONE & PATSY MELBA ANN WALLACE
2030 BELLE AVE
ST LOUIS MO  63136

                                    /s/ John V. LaBarge, Jr.
                                    _____